# Order

Michigan Supreme Court
Lansing, Michigan

June 6, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157879 & (20)

DANIEL W. RUDD,
      Plaintiff-Appellee,

v

    SC: 157879
    COA: 343759
    Muskegon CC: 17-004334-CZ

CITY OF NORTON SHORES,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 31, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s0606

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2018



Clerk